## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>COLLINS CONSTRUCTION SERVICES, INC., and HORIZON ROOFING, LLC, )<br><br>Defendants. ) | CIVIL ACTION NO.: 3:21-cv-116-CDL |

## ORDER ON OKATIE HOTEL INVESTMENT, LLC'S MOTION TO INTERVENE

HAVING READ AND CONSIDERED the Motion to Intervene by Okatie Hotel, LLC and Memorandum of Law in Support and having further read and considered the responses of the Plaintiff and the Defendants in this action to such Motion, the Court hereby **GRANTS** the said Motion, and Okatie Hotel, LLC is permitted to intervene in this matter by filing its proposed pleading within seven (7) days of the entry of this Order.

SO ORDERED this 28th    day of January        , 2022.

S/Clay D. Land
_____
JUDGE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION